No. 81–1893. CALIFORNIA *v.* RAMOS. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 81–2147. ARIZONA ET AL. *v.* SAN CARLOS APACHE TRIBE OF ARIZONA ET AL.; ARIZONA ET AL. *v.* NAVAJO TRIBE OF INDIANS ET AL.; and
No. 81–2188. MONTANA ET AL. *v.* NORTHERN CHEYENNE TRIBE OF THE NORTHERN CHEYENNE INDIAN RESERVATION ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one and one-half hours allotted for oral argument. Reported below: No. 81–2147, 668 F. 2d 1093 (first case), 668 F. 2d 1100 (second case); No. 81–2188, 668 F. 2d 1080.

No. 81–2318. FLORIDA *v.* CASAL ET AL. Sup. Ct. Fla. Motion of respondents for leave to proceed *in forma pauperis* and certiorari granted.

No. 82–131. JONES & LAUGHLIN STEEL CORP. *v.* PFEIFER. C. A. 3d Cir. Motion of Keystone Shipping Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to Questions I and II presented by the petition.